U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| EDGARDO RONDON and DELIA RONDON | ) ) ) | CIVIL ACTION NO. 07-1196 |
| VERSUS | ) ) ) | |
| DR. EUGENE R. BALTHAZAR; DR. RAY B. YOUNG | ) ) | JUDGE DRELL MAGISTRATE JUDGE KIRK |

## ORDER

**CONSIDERING THE MOTION** by the United States of America to substitute the United States of America for Dr. Eugene R. Balthazar and Dr. Ray B. Young;

**IT IS ORDERED** that the United States of America be substituted for the Defendants, Dr. Eugene R. Balthazar and Dr. Ray B. Young.

Lafayette, Louisiana, this 10th day of August, 2007.

_____
**HONORABLE DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**